UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL F SKAY,<br><br>  Petitioner,<br><br>  v.<br><br>ATTORNEY GENERAL FOR THE STATE OF WASHINGTON, *et al.*,<br><br>  Respondents. | Case No. 2:13-CV-01086-RSM-MAT<br><br>ORDER |

Having reviewed petitioner's proposed 28 U.S.C. § 2254 petition for writ of habeas corpus (Dkt. 10), the agreed motion to stay and abey (Dkt. 2), the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, the governing law, and the balance of the record, the Court does hereby find and ORDER:

1. The Report and Recommendation is ADOPTED;

2. The agreed motion to stay and abey this matter (Dkt. 2) is GRANTED and this matter is STAYED until petitioner's state personal restraint petition ("PRP") has been fully adjudicated;

3. The parties are DIRECTED to file a stipulated, proposed order lifting the stay within **thirty (30) days** of petitioner's state PRP being fully adjudicated.

4.

Dated this 23 day of August, 2013.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2