1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 10 MICHAEL F SKAY, | Case No. 2:13-CV-01086-RSM-MAT |
| 11 Petitioner, | ORDER |
| 12 v. | |
| 13 ATTORNEY GENERAL FOR THE STATE OF WASHINGTON, *et al.*, | |
| 14 | |
| 15 Respondents. | |

16

17    Having reviewed petitioner's proposed 28 U.S.C. § 2254 petition for writ of habeas

corpus (Dkt. 10), the agreed motion to stay and abey (Dkt. 2), the Report and Recommendation

18

of United States Magistrate Judge Mary Alice Theiler, the governing law, and the balance of the

19

record, the Court does hereby find and ORDER:

20

1.  The Report and Recommendation is ADOPTED;

21

2.  The agreed motion to stay and abey this matter (Dkt. 2) is GRANTED and this

22

matter is STAYED until petitioner's state  personal restraint petition ("PRP") has

23

been fully adjudicated;

24

ORDER - 1

1        3.  The parties are DIRECTED to file  a stipulated, proposed order lifting the stay

2            within **thirty (30) days** of petitioner's state PRP being fully adjudicated.

3        4.

4     Dated this 23 day of August, 2013.

5

6

7     _____
      RICARDO S. MARTINEZ
8     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER - 2